UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMIRA PATROS,

        Plaintiff,　　　　　　　　　　Civil Action No.
　　　　　　　　　　　　　　　　　　　　09-cv-13237
vs.
　　　　　　　　　　　　　　　　　　　　HON. MARK A. GOLDSMITH
DEUTSCHE BANK NATIONAL TRUST
COMPANY and AMERICAN HOME
MORTGAGE SERVICING, INC.

        Defendants
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [DE#11], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE#8], and DISMISSING PLAINTIFF'S COMPLAINT

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Mona Majzoub, entered on January 31, 2011. The Magistrate Judge recommends that Defendant's motion for summary judgment be granted and that Plaintiff's Complaint be dismissed. Plaintiff has not filed objections to the R&R and the time to do so has expired. Thus, Plaintiff has waived any further right to appeal. Thomas v. Arn, 474 U.S. 140, 155 (1985). As the Magistrate Judge noted in the R&R, Plaintiff also did not file a response to Defendant's motion, nor did she file a witness list before the March 1, 2010 deadline. In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for the correct reasons. Accordingly,

IT IS ORDERED that the Magistrate Judge's R&R [docket entry 11] is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment [docket entry 8] is granted and that Plaintiff's Complaint is DISMISSED.

                                      s/Mark A. Goldsmith
                                      MARK A. GOLDSMITH
                                      United States District Judge

Dated: March 16, 2011

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 16, 2011.

                                                                     s/Deborah J. Goltz
                                                                     DEBORAH J. GOLTZ
                                                                     Case Manager